```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12773
    ADRIENNE GRAY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0243

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/06/2006 and was confirmed 12/18/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors    1.00%.

      The case was dismissed after confirmation 11/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
AMERICA'S SERVICING COMP  CURRENT MORTG          .00             .00            .00
AMERICA'S SERVICING COMP  MORTGAGE ARRE     12291.71             .00         407.86
AMERICA'S SERVICING COMP  NOTICE ONLY      NOT FILED             .00            .00
CODILIS & ASSOCIATES ^    NOTICE ONLY      NOT FILED             .00            .00
FORD MOTOR CREDIT         SECURED NOT I     1877.42              .00            .00
FORD MOTOR CREDIT         UNSECURED         1877.42              .00            .00
FORD MOTOR CREDIT CORPOR  NOTICE ONLY      NOT FILED             .00            .00
CAPITAL ONE               UNSECURED         1481.64              .00            .00
B-LINE LLC                UNSECURED          423.30              .00            .00
DISH NETWORK              UNSECURED       NOT FILED              .00            .00
EDUSERVE                  UNSECURED       NOT FILED              .00            .00
FCNB/MASTERTRUST          UNSECURED       NOT FILED              .00            .00
FCNB/MASTERTRUST          UNSECURED       NOT FILED              .00            .00
FIRST CONSUMERS NATIONAL  UNSECURED       NOT FILED              .00            .00
II DESIGNATED             UNSECURED       NOT FILED              .00            .00
LORD & TAYLOR             UNSECURED       NOT FILED              .00            .00
PROVIDIAN                 UNSECURED       NOT FILED              .00            .00
RNB TARGET                UNSECURED       NOT FILED              .00            .00
FEDERATED RTL/MARSHALL F  UNSECURED         4169.20              .00            .00
SPIEGEL                   UNSECURED       NOT FILED              .00            .00
ROUNDUP FUNDING LLC       UNSECURED          325.59              .00            .00
US DEPT OF EDUCATION      UNSECURED        40850.32              .00            .00
RMI/MCSI                  UNSECURED          500.00              .00            .00
AMERICAS SERVICING CO     NOTICE ONLY     NOT FILED              .00            .00
TIERRA GRANDE COURTS II   SECURED           1365.00              .00         297.84
COOK COUNTY TREASURER     SECURED           1279.08              .00         319.80
US DEPT OF EDUCATION      UNSECURED         4057.78              .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED           85.80              .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY           416.07              .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         3332.77              .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY       2,354.00                        2,354.00
TOM VAUGHN                TRUSTEE                                             220.50

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 12773 ADRIENNE GRAY
```

```
DEBTOR REFUND            REFUND                                       350.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     3,950.00

PRIORITY                                                 .00
SECURED                                             1,025.50
UNSECURED                                                .00
ADMINISTRATIVE                                      2,354.00
TRUSTEE COMPENSATION                                  220.50
DEBTOR REFUND                                         350.00
                         ---------------     ---------------
TOTALS                      3,950.00               3,950.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 02/27/08                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE